# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN TYRELLE WRIGHT

NO. 2025 KW 1143

**MARCH 23, 2026**

---

In Re:     Donovan Tyrelle Wright, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 742992.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act, if it has not already done so, on relator's habeas corpus motion filed on October 6, 2025, on or before April 23, 2026. A copy of the district court's action shall be filed in this court on or before April 30, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT